| | |
|---|---|
| 1 | **LANE & NACH, P.C.** |
| 2 | 2001 East Campbell Avenue, Suite 103 |
|   | Phoenix AZ 85016 |
| 3 | Telephone No.: (602) 258-6000 |
|   | Facsimile No.: (602) 258-6003 |
| 4 | |
| 5 | Stuart B. Rodgers – 027520 |
|   | Email: stuart.rodgers@lane-nach.com |
| 6 | Paul M. Hilkert – 028934 |
|   | Email: paul.hilkert@lane-nach.com |
| 7 | |
| 8 | Attorneys for R.O.I. Properties, LLC, Liquidating Trustee |

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 11 Proceedings |
|---|---|
| EPICENTER PARTNERS, L.L.C. ☐ | Case No. 2-16-bk-05493-MCW |
| GRAY MEYER FANNIN, L.L.C. ☐ | Jointly Administered with: |
| SONORAN DESERT LAND INVESTORS, LLC ☒ | Case No. 2:16-bk-05494-MCW<br>Case No. 2:16-bk-07659-MCW<br>Case No. 2:16-bk-07660-MCW |
| EAST OF EPICENTER, LLC ☒ | Case No. 2:16-bk-07661-MCW |
| GRAY PHOENIX DESERT RIDGE II, LLC ☒ | |
| Debtors. | |
| This Filing Applies to:<br><br>☐ All Debtors<br>☒ Specified Debtors | |

**LIQUIDATING TRUSTEE'S NOTICE OF SUBMISSION OF WRITTEN REPORT TO BENEFICIARIES OF JULY TRUST**

| | |
|---|---|
| 1 | PLEASE TAKE NOTICE that R.O.I. Properties, LLC, by and through Beth Jo Zeitzer, the duly appointed Liquidating Trustee of the July Liquidating Trust ("Liquidating Trustee"), hereby gives notice that she has furnished a written report to the Beneficiaries of the July Liquidating Trust pursuant to Paragraph 10(c) of the July Liquidating Trust Agreement and has served a copy to the US Trustee's office via e-mail to: Edward.k.bernatavicius@usdoj.gov and ustpregion14.px.ecf@usdoj.gov. |

PLEASE TAKE NOTICE that R.O.I. Properties, LLC, by and through Beth Jo Zeitzer, the duly appointed Liquidating Trustee of the July Liquidating Trust ("Liquidating Trustee"), hereby gives notice that she has furnished a written report to the Beneficiaries of the July Liquidating Trust pursuant to Paragraph 10(c) of the July Liquidating Trust Agreement and has served a copy to the US Trustee's office via e-mail to: Edward.k.bernatavicius@usdoj.gov and ustpregion14.px.ecf@usdoj.gov.

Anyone who fails to object in writing to any such report or account within sixty (60) days after such report or account is first furnished to the Beneficiaries/US Trustee's office shall be deemed to have assented thereto and approved the contents thereof.

Upon the later of the expiration of the sixty (60) days, or resolution of any objections, the Liquidating Trustee shall refund excess amounts held and shall seek discharge as and exoneration of her bond.

RESPECTFULLY SUBMITTED this 2nd day of December, 2019.

**LANE & NACH, P.C.**

By: /s/ Stuart B. Rodgers
    Stuart B. Rodgers
    Paul M. Hilkert
    *Attorneys for ROI PROPERTIES, LLC, Liquidating Trustee of the July Liquidating Trust*

COPIES of the foregoing emailed this 2nd day of December, 2019 to the following parties:

| | |
|---|---|
| Michael J. Phalen<br>Lewis Roca Rothgerber Christie<br>Email: MPhalen@lrrc.com<br>*Attorneys for High Street Building LLC* | Daniel Dowd<br>Cohen Dowd Quigley<br>*DDowd@cdqlaw.com*<br>*Attorneys for Barbara A Gray and Bruce W Gray* |
| Michael McGrath, Frederick J. Petersen, Jeffrey J. Coe, Isaac D. Rothschild, David Hindman<br>MESCH CLARK ROTHSCHILD<br>mmcgrath@mcrazlaw.com,<br>fpetersen@mcrazlaw.com,<br>jcoe@mcrazlaw.com<br>*Prior Attorneys for Prior Debtors* | Steven N. Berger, Patrick A. Clisham, Scott B. Cohen<br>snb@eblawyers.com<br>pac@eblawyers.com<br>sbc@eblawyers.com<br>*Former Attorneys for Official Committee of Unsecured Creditor and Administrative Creditor* |

| | |
|---|---|
| Dean C. Waldt<br>BALLARD SPAHR LLP<br>waldtd@ballardspahr.com<br>*Attorneys for Arizona State Land Department* | Edward K. Bernatavicius<br>Edward.k.bernatavicius@usdoj.gov<br>OFFICE OF THE U.S. TRUSTEE |
| Grant L. Cartwright<br>MAY POTENZA BARAN & GILLESPIE<br>GCartwright@maypotenza.com<br>*Attorneys for DIP Lender* | Peter Muthig<br>muthigk@mcao.maricopa.gov<br>*Attorneys for Maricopa County Treasurer's Office* |
| Dawn M Maguire<br>GUTTILLA ANDERSON MURPHY, PC<br>dmaguire@gamlaw.com<br>*Attorneys for Constantino Flores, Chapter 7 Trustee for the bankruptcy estate of GDG Partners, LL* | Marvin C. Ruth<br>COPPERSMITH BROCKELMAN PLC<br>mruth@cblawyers.com<br>*Attorneys for Abrams Capital Management, L.P., Abrams Capital Management, LLC, Abrams Capital Partners I, L.P., Abrams Capital Partners II, L.P., and Abrams Capital, LLC* |
| Michael W. Zimmerman<br>BERRY RIDDELL LLC<br>mz@berryriddell.com<br>*Attorneys for Desert Ridge Community Association* | J. Matthew Derstine and Rebekah L.W. Elliott<br>SNELL & WILMER L.L.P.<br>mderstine@swlaw.com<br>relliott@swlaw.com<br>*Attorneys for Joseph E. Meyer, Jr., Lisa Ann Zurcher-Meyer, and J.E. Meyer Investments, Inc.* |
| Joseph M. Vanleuven<br>DAVIS WRIGHT TREMAINE LLP<br>joevanleuven@dwt.com<br>*Attorneys for Stuart S Bingham* | Neal H. Bookspan<br>JABURG & WILK PC<br>nhb@jaburgwilk.com<br>*Attorneys for Stuart S Bingham* |
| Vincent P. Slusher<br>DRINKER BIDDLE & REATH LLP<br>Vince.slusher@dbr.com<br>*Attorneys for BV Lending, LLC* | William Quinlan<br>Kenneth M. Sullivan<br>The Quinlan Law Firm, LLC<br>wjq@quinlanfirm.com<br>ksullivan@quinlanfirm.com |
| GREENBERG TRAURIG, LLP<br>David D. Cleary, E. Jeffrey Walsh, Nicole M. Goodwin<br>clearyd@gtlaw.com<br>walshj@gtlaw.com<br>goodwinn@gtlaw.com<br>*Attorneys for Emerald Equities, LLC* | John R. Clemency (#009646)<br>Todd A. Burgess (#019013)<br>Lindsi M. Weber (#025820)<br>POLSINELLI PC<br>taburgess@polsinelli.com<br>jclemency@polsinelli.com<br>lweber@polsinelli.com<br>*Attorneys for CPF* |
| Thomas J. Salerno<br>Alisa C. Lacey<br>Christopher Simpson<br>Stinson Leonard Street, LLP<br>Thomas.Salerno@stinson.com<br>Alias.kacey@stinson.com<br>Christopher.simpson@stinson.com | Kyle Hirsch<br>kyle.hirsch@bclplaw.com |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed by first class mail, postage prepaid to all creditors and parties-in-interest appearing on the master mailing lists for the estates of Sonoran Desert Land Investors, LLC, East of Epicenter, LLC and Gray Phoenix Desert Ridge II, LLC on December 2, 2019.

By: */s/ S. Rochin*