# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | EPICENTER PARTNERS L.L.C. |
| **Case Number:** | 2:16-BK-05493-MCW  **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, DECEMBER 03, 2019 10:00 AM  7TH FLOOR #702 |
| **Bankruptcy Judge:** | MADELEINE C. WANSLEE |
| **Courtroom Clerk:** | CHRISTINA JOHNSON |
| **Reporter / ECR:** | MICHELLE RADICKE-STEVENSON |

## Matter:

CONTINUED POST CONFIRMATION STATUS HEARING

**R / M #:** 1,006 / 0

## Appearances:

STUART RODGERS, ATTORNEY FOR LIQUIDATING TRUSTEE
MICHAEL W. MCGRATH (T), ATTORNEY FOR EPICENTER PARTNERS L.L.C.
MICHAEL MAZZELLA, ATTORNEY FOR CPF VASEO ASSOCIATES, LLC

## Proceedings:

Mr. Rodgers stated his position noting the liquidating trustee and the July liquidating trust sent out the distribution report to the beneficiaries. There is a 60-day objection period and once that passes, the liquidating trustee will distribute the excess funds to the debtor, submit tax returns, and file a motion to discharge the liquidating trustee. Mr. Rodgers stated that the May liquidating trust is only a few weeks behind the July liquidating trust. He discussed the status of pending appeals noting the appeal does not effect the distribution of the May liquidating trust. Mr. Rodgers requested a continuance in four to six months to allow final steps to be completed.

Mr. McGrath stated his position and he does not disagree with Mr. Rodgers such that any of the pending appeals don't require the participation of the liquidating trustee.

Discussion ensues regarding the 60-day expiration and the notice of distribution filed thereafter.

Mr. Rodgers stated the May distribution report to beneficiaries will be likely be issued within the next couple of weeks. He advised the court that the report for the July debtor was sent out December 2nd.

Mr. Mazzella discussed the status of pending appeals. He advised the court that funds were distributed to his client in error, but will be returned to the trustee.

Mr. Rodgers confirmed the funds that were sent in error, as discussed by Mr. Mazzella, have already been returned.

COURT: IT IS ORDERED CONTINUING THIS HEARING TO APRIL 21, 2020 AT 10:00 AM.

Page 1 of 1

Case 2:16-bk-05493-MCW    Doc 1525    Filed 12/03/19    Entered 12/04/19 15:20:01    Desc
Main Document    Page 1 of 1                                    12/04/2019  3:19:38PM